## UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF NEW JERSEY

| | |
|---|---|
| **WILLMYRA NERO,**<br><br>          **Plaintiff,**<br><br>     **v.**<br><br>**ST. JOSEPH'S REGIONAL MEDICAL HOSPITAL,** *et al.*<br><br>          **Defendants.** | Civ. No. 2:15-00120 (WJM)<br><br>**ORDER** |

**THIS MATTER** comes before the Court on Defendant St. Joseph's Regional Medical Hospital's motion to dismiss Plaintiff's amended complaint pursuant to Fed. R. Civ. P. 12 (b)(1) and (b)(6); for the reasons set forth in the accompanying opinion; and for good cause appearing;

**IT IS** on this 10th day of September 2015, hereby

**ORDERED** that the motion is **GRANTED**; and it is further

**ORDERED** that the amended complaint is dismissed in its entirety for lack of subject-matter jurisdiction, without prejudice to Plaintiff's right to proceed in state court; and it is further

**ORDERED** that the Clerk of the Court designate this action as **CLOSED**.

                    /s/ William J. Martini
                    **WILLIAM J. MARTINI, U.S.D.J.**