UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW JERSEY

| | |
|---|---|
| **WILLMYRA NERO,**<br><br>        **Plaintiff,**<br><br>    v.<br><br>**ST. JOSEPH'S REGIONAL MEDICAL HOSPITAL,** *et al.*<br><br>        **Defendants.** | Civ. No. 2:15-00120 (WJM)<br><br>**ORDER** |

**THIS MATTER** having come before the Court on a letter drafted by Plaintiff; and this Court having construed Plaintiff's *pro se* submission as a motion for reconsideration of this Court's September 10, 2015 order ("the Order") dismissing Plaintiff's complaint for lack of subject matter jurisdiction, without prejudice to Plaintiff's right to file her complaint in state court; and this Court having concluded that reconsideration of the Order is not warranted; and this Court lacking subject matter jurisdiction over Plaintiff's claims; and for good cause appearing;

**IT IS** on this 17th day of November 2015, hereby

**ORDERED** that Plaintiff's informal request for reconsideration of the Order is **DENIED**.

            /s/ William J. Martini            
**WILLIAM J. MARTINI, U.S.D.J.**